1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989

5  Attorney for Defendant
   RYAN SOUTER
6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Cr. S-05-235 FCD

11              Plaintiff,               **STIPULATION AND ORDER
                                         CONTINUING STATUS
12         vs.                           CONFERENCE**

13  RYAN SOUTER,

14              Defendant.

15

16         IT IS HEREBY STIPULATED between the United States of America, through its attorney

17  of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel,

18  DAVID W. DRATMAN, that the status conference now scheduled for December 19, 2005 be

19  continued to January 9, 2006 at 9:30 a.m.

20         The reason for the continuance is to enable the defendant to continue to review and analyze

21  the discovery in this matter to determine whether this matter should be set for trial.

22         This matter continues to permit time to be excluded within the meaning of the Speedy Trial

23  Act due to the need for defense counsel to have additional time to prepare.  The parties stipulate that

24  the ends of justice are met by excluding time until January 9, 2006; and, that this defendant's need

25  for additional time to prepare exceeds the public interest in a trial within 70 days.

26         Accordingly, the time between December 19, 2005 and January 9, 2006 should be excluded

27  from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**

1  counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

2

3  Dated:  December 15, 2005                    /s/ David W. Dratman
                                                DAVID W. DRATMAN
4                                               Attorney for Defendant
                                                RYAN SOUTER
5

6

7  Dated: November 15, 2002                     McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY
8

9

10                                              By: /s/ Matthew Segal*
                                                    MATTHEW SEGAL
11                                                  Assistant U.S. Attorney
                                                    *Signed with permission
12

13                                    **ORDER**

14        IT IS SO ORDERED.

15

16  DATED: December 16, 2005                    /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
17                                              United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
[CR. S-05-235 FCD]