DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989

Attorney for Defendant
RYAN SOUTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>RYAN SOUTER,<br><br>           Defendant. | Cr. S-05-235 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

      IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel, DAVID W. DRATMAN, that the status conference now scheduled for January 9, 2006 be continued to January 30, 2006 at 9:30 a.m.

      The reason for the continuance is to enable the defendant to continue to review and analyze the discovery in this matter to determine whether this matter should be set for trial.

      This matter continues to permit time to be excluded within the meaning of the Speedy Trial Act due to the need for defense counsel to have additional time to prepare. The parties stipulate that the ends of justice are met by excluding time until January 30, 2006; and, that this defendant's need for additional time to prepare exceeds the public interest in a trial within 70 days.

      Accordingly, the time between January 9, 2006 and January 30, 2006 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel

1 | to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

3 | Dated:  January 5, 2006        /s/ David W. Dratman
              DAVID W. DRATMAN
4 |           Attorney for Defendant
              RYAN SOUTER

7 | Dated: January 5, 2006         McGREGOR W. SCOTT
              UNITED STATES ATTORNEY

10 |          By: /s/ Matthew Segal*
              MATTHEW SEGAL
11 |          Assistant U.S. Attorney
              *Signed with permission

13 | **ORDER**

14 |     IT IS SO ORDERED.

16 | DATED: January 6, 2006         /s/ Frank C. Damrell Jr.
              FRANK C. DAMRELL JR.
17 |          United States District Court Judge

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**