DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989

Attorney for Defendant
RYAN SOUTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RYAN SOUTER,<br><br>                Defendant. | Cr. S-05-235 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

       IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel, DAVID W. DRATMAN, that the status conference now scheduled for January 30, 2006 be continued to February 6, 2006 at 9:30 a.m.

       The reason for the continuance is to enable the defendant to continue to review and analyze the discovery in this matter to determine whether this matter should be set for trial.

       This matter continues to permit time to be excluded within the meaning of the Speedy Trial Act due to the need for defense counsel to have additional time to prepare.  The parties stipulate that the ends of justice are met by excluding time until February 6, 2006; and, that this defendant's need for additional time to prepare exceeds the public interest in a trial within 70 days.

       Accordingly, the time between January 30, 2006 and February 6, 2006 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of

1 | counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

2

3 | Dated: January 27, 2006        /s/ David W. Dratman
                                   DAVID W. DRATMAN
4                                  Attorney for Defendant
                                   RYAN SOUTER
5

6

7 | Dated: January 27, 2006        McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY
8

9

10                                 By: /s/ Matthew Segal*
                                       MATTHEW SEGAL
11                                     Assistant U.S. Attorney
                                       *Signed with permission
12

13 | **ORDER**

14 |     IT IS SO ORDERED.

15

16 | DATED: January 27, 2006        /s/Frank C. Damrell, Jr.
                                    FRANK C. DAMRELL
17                                  United States District Court Judge

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
[CR. S-05-235 FCD]