1 DAVID W. DRATMAN
Attorney at Law
2 State Bar No. 78764
1007 7th Street, Suite 305
3 Sacramento, California  95814
Telephone: (916) 443-2000
4 Facsimile:  (916) 443-0989

5 Attorney for Defendant
RYAN SOUTER
6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           Cr. S-05-235 FCD

11           Plaintiff,                **STIPULATION AND ORDER**
                                       **CONTINUING STATUS**
12   vs.                               **CONFERENCE**

13 RYAN SOUTER,

14           Defendant.

15

16     IT IS HEREBY STIPULATED between the United States of America, through its attorney

17 of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel,

18 DAVID W. DRATMAN, that the status conference now scheduled for February 6, 2006 be continued

19 to February 21, 2006 at 9:30 a.m.

20     The reason for the continuance is to enable the defendant to continue to review and analyze

21 the discovery in this matter to determine whether this matter should be set for trial.

22     This matter continues to permit time to be excluded within the meaning of the Speedy Trial

23 Act due to the need for defense counsel to have additional time to prepare.  The parties stipulate that

24 the ends of justice are met by excluding time until February 21, 2006; and, that this defendant's need

25 for additional time to prepare exceeds the public interest in a trial within 70 days.

26     Accordingly, the time between February 6, 2006 and February 21, 2006 should be excluded

27 from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**

1  counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

3  Dated:  February 2, 2006                    /s/ David W. Dratman
                                               DAVID W. DRATMAN
4                                              Attorney for Defendant
                                               RYAN SOUTER

7  Dated: February 2, 2006                     McGREGOR W. SCOTT
                                               UNITED STATES ATTORNEY

10                                             By: /s/ Matthew Segal*
                                                   MATTHEW SEGAL
11                                                 Assistant U.S. Attorney
                                                   *Signed with permission

13                                    **ORDER**

14      IT IS SO ORDERED.

16  DATED: February 2, 2006                    /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL JR.
17                                             United States District Court Judge

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
[CR. S-05-235 FCD]