1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989

5  Attorney for Defendant
   RYAN SOUTER
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNIFIED STATES OF AMERICA,            Cr. S-05-0235 FCD

11             Plaintiff,                **STIPULATION AND ORDER
                                         CONTINUING STATUS
12       vs.                             CONFERENCE**

13 RYAN SOUTER,

14             Defendant.

15

16      IT IS HEREBY STIPULATED between the United States of America, through its attorney
17 of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel,
18 DAVID W. DRATMAN, that the status conference now scheduled for February 21, 2006 be
19 continued to March 6, 2006 at 9:30 a.m.
20      The reason for the continuance is to enable the defendant to continue to review and analyze
21 the discovery in this matter to determine whether this matter should be set for trial.
22      This matter continues to permit time to be excluded within the meaning of the Speedy Trial
23 Act due to the need for defense counsel to have additional time to prepare.  The parties stipulate that
24 the ends of justice are met by excluding time until March 6, 2006; and, that this defendant's need for
25 additional time to prepare exceeds the public interest in a trial within 70 days.
26      Accordingly, the time between February 21, 2006 and March 6, 2006 should be excluded from
27 the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel
28

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**

1  to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

2

3  Dated:  February 16, 2006                    /s/ David W. Dratman
                                                DAVID W. DRATMAN
4                                               Attorney for Defendant
                                                RYAN SOUTER
5

6

7  Dated: February 16, 2006                     McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY
8

9

10                                              By: /s/ Matthew Segal*
                                                MATTHEW SEGAL
11                                              Assistant U.S. Attorney
                                                *Signed with permission
12

13                                   **ORDER**

14        IT IS SO ORDERED.

15

16  DATED: February 16, 2006                    /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
17                                              United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**