1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989

5  Attorney for Defendant
   RYAN SOUTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-05-235 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| RYAN SOUTER, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel, DAVID W. DRATMAN, that the status conference now scheduled for March 6, 2006 be continued to April 10, 2006 at 9:30 a.m.

　　　The reason for the continuance is to enable the defendant to continue to review and analyze the discovery in this matter to determine whether this matter should be set for trial.

　　　This matter continues to permit time to be excluded within the meaning of the Speedy Trial Act due to the need for defense counsel to have additional time to prepare. The parties stipulate that the ends of justice are met by excluding time until April 10, 2006; and, that this defendant's need for additional time to prepare exceeds the public interest in a trial within 70 days.

　　　Accordingly, the time between March 6, 2006 and April 10, 2006 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**

to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

Dated: March 2, 2006                            /s/ David W. Dratman
                                                DAVID W. DRATMAN
                                                Attorney for Defendant
                                                RYAN SOUTER

Dated: March 2, 2006                            McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY


                                                By: /s/ Matthew Segal*
                                                MATTHEW SEGAL
                                                Assistant U.S. Attorney
                                                *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: March 3, 2006                            /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
                                                United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**