1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  RYAN SOUTER

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Cr. S-05-235 FCD

12              Plaintiff,                **STIPULATION AND ORDER
                                          CONTINUING STATUS
13        vs.                             CONFERENCE**

14  RYAN SOUTER,

15              Defendant.

16        IT IS HEREBY STIPULATED between the United States of America, through its attorney

17  of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel,

18  DAVID W. DRATMAN, that the status conference now scheduled for April 10, 2006 be continued

19  to April 24, 2006 at 9:30 a.m.

20        The reason for the continuance is to enable the defendant to continue to review and analyze

21  the discovery in this matter to determine whether this matter should be set for trial.

22        This matter continues to permit time to be excluded within the meaning of the Speedy Trial

23  Act due to the need for defense counsel to have additional time to prepare.  The parties stipulate that

24  the ends of justice are met by excluding time until April 24, 2006; and, that this defendant's need for

25  additional time to prepare exceeds the public interest in a trial within 70 days.

26        Accordingly, the time between April 10, 2006 and April 24, 2006 should be excluded from

27  the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel

28

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**

1  to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

2

3  Dated:  April 6, 2006                    /s/ David W. Dratman
                                            DAVID W. DRATMAN
4                                           Attorney for Defendant
                                            RYAN SOUTER
5

6

7  Dated: April 6, 2006                     McGREGOR W. SCOTT
                                            UNITED STATES ATTORNEY
8

9

10                                          By: /s/ Matthew Segal*
                                            MATTHEW SEGAL
11                                          Assistant U.S. Attorney
                                            *Signed with permission
12

13                                  **ORDER**

14         IT IS SO ORDERED.

15

16  DATED: April 7, 2006                    /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
17                                          United States District Court Judge

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**