DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
RYAN SOUTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RYAN SOUTER,<br><br>                    Defendant. | Cr. S-05-235 FCD<br><br>**STIPULATION AND  ORDER CONTINUING STATUS CONFERENCE** |

　　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel, DAVID W. DRATMAN, that the status conference now scheduled for April 24, 2006 be continued to May 8, 2006 at 9:30 a.m.

　　　　The reason for the continuance is to enable the defendant to continue to review and analyze the discovery in this matter to determine whether this matter should be set for trial.

　　　　This matter continues to permit time to be excluded within the meaning of the Speedy Trial Act due to the need for defense counsel to have additional time to prepare.  The parties stipulate that the ends of justice are met by excluding time until May 8, 2006; and, that this defendant's need for additional time to prepare exceeds the public interest in a trial within 70 days.

　　　　Accordingly, the time between April 24, 2006 and May 8, 2006 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel

1  to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

3  Dated:  April 21, 2006                            /s/ David W. Dratman
                                                    DAVID W. DRATMAN
4                                                    Attorney for Defendant
                                                    RYAN SOUTER

7  Dated: April 21, 2006                             McGREGOR W. SCOTT
                                                    UNITED STATES ATTORNEY

10                                                   By: /s/ Matthew Segal*
                                                    MATTHEW SEGAL
11                                                   Assistant U.S. Attorney
                                                    *Signed with permission

13                                          **ORDER**

14        IT IS SO ORDERED.

16  DATED: April 21, 2006                            /s/ Frank C. Damrell Jr.
                                                    FRANK C. DAMRELL JR.
17                                                   United States District Court Judge

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**