DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
RYAN SOUTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>RYAN SOUTER,<br><br>          Defendant. | Cr. S-05-235 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, MATTHEW SEGAL, Assistant U.S. Attorney, and RYAN SOUTER, through his counsel, DAVID W. DRATMAN, that the status conference now scheduled for May 8, 2006 be continued to May 22, 2006 at 9:30 a.m.

The reason for the continuance is to enable the defendant to continue to review and analyze the discovery in this matter to determine whether this matter should be set for trial.

This matter continues to permit time to be excluded within the meaning of the Speedy Trial Act due to the need for defense counsel to have additional time to prepare.  The parties stipulate that the ends of justice are met by excluding time until May 22, 2006; and, that this defendant's need for additional time to prepare exceeds the public interest in a trial within 70 days.

Accordingly, the time between May 8, 2006 and May 22, 2006 should be excluded from the

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**

calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

Dated:  May 3, 2006                                     /s/ David W. Dratman
                                                        DAVID W. DRATMAN
                                                        Attorney for Defendant
                                                        RYAN SOUTER

Dated: May 3, 2006                                      McGREGOR W. SCOTT
                                                        UNITED STATES ATTORNEY


                                                        By: /s/ Matthew Segal*
                                                        MATTHEW SEGAL
                                                        Assistant U.S. Attorney
                                                        *Signed with permission

**ORDER**

    IT IS SO ORDERED.

DATED: May 4, 2006                                      /s/ Frank C. Damrell Jr.
                                                        FRANK C. DAMRELL JR.
                                                        United States District Court Judge

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**
*United States v. Ryan Souter*
**[CR. S-05-235 FCD]**